No. D–1317. IN RE DISBARMENT OF CASALINO. It is ordered that Leonard Louis Casalino, of Upper Marlboro, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 8, Orig. ARIZONA v. CALIFORNIA ET AL. Memorandum Opinion and Order No. 14 of the Special Master received and ordered filed. Exceptions to the opinion and order, with supporting briefs, may be filed by the parties within 45 days. Reply briefs, if any, may be filed by the parties within 30 days. [For earlier order herein, see, e. g., 498 U. S. 964.]

No. 109, Orig. OKLAHOMA ET AL. v. NEW MEXICO. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $32,539.99 for the period September 25, 1992, through September 30, 1993, to be paid one-third by each party. [For earlier order herein, see, e. g., 509 U. S. 919.]

No. 93–5717. IN RE NEWTOP; and
No. 93–5728. IN RE TYLER ET AL. Petitions for writs of mandamus denied.

No. 93–5813. IN RE DAMIAN. Petition for writ of mandamus and/or prohibition denied.

No. 93–263. KOKKONEN v. GUARDIAN LIFE INSURANCE COMPANY OF AMERICA. C. A. 9th Cir. Certiorari granted. █

No. 93–284. SECURITY SERVICES, INC. v. KMART CORP. C. A. 3d Cir. Certiorari granted.

No. 93–289. DALTON, SECRETARY OF THE NAVY, ET AL. v. SPECTER ET AL. C. A. 3d Cir. Certiorari granted. █